BLANK ROME, LLP
Attorneys for Plaintiff
SARGEANT MARINE, INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**JUDGE RAKOFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10583**

---

SARGEANT MARINE, INC.,

    Plaintiff,

-against-

MAROIL, INC., MAROIL TRADING, INC.,
SEA PIONEER SHIPPING CORP.,

    Defendants.

---

07 Civ.

**RULE 7.1 STATEMENT**



RECEIVED
NOV 26 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff SARGEANT MARINE, INC. certifies that, according to information provided to counsel by its clients, SARGEANT MARINE, INC. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             November 26, 2007

                            BLANK ROME, LLP
                            Attorneys for Plaintiff
                            SARGEANT MARINE, INC.

                            By_____
                              Jack A. Greenbaum (JG 0039)
                            The Chrysler Building
                            405 Lexington Ave.
                            New York, NY 10174-0208
                            (212) 885-5000