BLANK ROME, LLP
Attorneys for Plaintiff
SARGEANT MARINE, INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

ORIGINAL

12/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARGEANT MARINE, INC.,

   Plaintiff,

-against-

MAROIL, INC., MAROIL TRADING, INC.,
SEA PIONEER SHIPPING CORP., GLOBAL
SHIP MANAGEMENT C.A., and SUR
AMERICANA DE TRANSPORTE,

   Defendants.

07 Civ. 10583 (JSR)

**AMENDED ORDER APPOINTING
PROCESS SERVER**

---

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Jack A. Greenbaum, Esq., that such appointment will result in substantial economies in time and expense,

NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Amended Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Amended

678590.00601/6594092v.1

Verified Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:	New York, New York
	December 5, 2007

SO ORDERED:

_____
U.S.D.J.

CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK