ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
SARGEANT MARINE, INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 1-2-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARGEANT MARINE, INC.,

                     Plaintiff,

        -against-

MAROIL, INC., MAROIL TRADING, INC.,
SEA PIONEER SHIPPING CORP., GLOBAL
SHIP MANAGEMENT C.A., and SUR
AMERICANA DE TRANSPORTE,

                     Defendants.

---

07 Civ. 10583 (JSR)

**ORDER RELEASING ATTACHED
FUNDS AND DISCONTINUING ACTION**

---

**WHEREAS**, on November 26, 2007, Plaintiff, SARGEANT MARINE INC., filed a

Verified Complaint herein for damages, and praying for issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and,

**WHEREAS**, the Process of Maritime Attachment and Garnishment was issued and

served on garnishees, and funds were restrained pursuant thereto, and

**WHEREAS** the parties have amicably resolved the claims that are the subject of this law

suit , it is hereby,

**ORDERED,** that the Process of Maritime Attachment and Garnishment issued herein

shall be and hereby is vacated and all garnishees are directed to release all funds that have been

restrained pursuant thereto, and it is further

**ORDERED**, pursuant to F. R. Civ. P. Rule 41(a)(1), that, upon release of the restrained funds, this action shall be discontinued with prejudice and without costs.

Dated:   December 𝒳, 2007

SO ORDERED:

_____
U.S.D.J.

Entry of the above order is consented to:

Blank Rome LLP
Attorneys for Plaintiff, Sargeant Marine, Inc.

By_____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000

2